FILED
2008 JUL 30, PM 12: 57
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury    '08 CR 2530 — JLS

| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
|---|---|---|
| Plaintiff, | ) | **I N D I C T M E N T** |
| v. | ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |
| TEODORO PEREZ-MASCURRO, aka Juan Luis Venegas, | ) | |
| Defendant. | ) | |

The grand jury charges:

On or about July 15, 2008, within the Southern District of California, defendant TEODORO PEREZ-MASCURRO, aka Juan Luis Venegas, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

JSS:em:San Diego
7/29/08

It is further alleged that defendant TEODORO PEREZ-MASCURRO, aka Juan Luis Venegas, was removed from the United States subsequent to May 5, 2000.

DATED: July 30, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JOSEPH S. SMITH, JR.
Assistant U.S. Attorney